AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Facebook Account as described in the Affidavit of<br>Special Agent Monaghan dated 3/23/2021 | )<br>)<br>)   Case No.   2:21-cr-465-MHC<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The Facebook Account as particularly described in Attachment A to the affidavit of Special Agent Monaghan dated March 23, 2021

located in the _____ District of ___South Carolina___, there is now concealed *(identify the person or describe the property to be seized)*:

The information as particularly described in Attachment B to the affidavit of Special Agent Monaghan dated March 23, 2021

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1349 | Conspiracy to Commit Bank Fraud |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Alexandra Monaghan*
*Applicant's signature*

Alexandra Monaghan, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
via telephone  *(specify reliable electronic means)*.

Date:   March 23, 2021

*Molly H. Cherry*
*Judge's signature*

City and state:   Charleston, South Carolina        Molly H. Cherry, United States Magistrate Judge
*Printed name and title*